Edward S. Zusman (SBN 154366)
ezusman@mzclaw.com
Kevin K. Eng (SBN 209036)
keng@mzclaw.com
MARKUN ZUSMAN & COMPTON, LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Specially Appearing for Defendants SUSAN BOND
and IRENE E. RUPERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM T. RUPERT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>SUSAN BOND, an individual; GILE R. DOWNES, ESQ., an individual; IRENE E. RUPERT, an individual; SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C., a Professional Corporation and DOES 1 to 20,<br><br>            Defendants. | CASE No. 5:09-cv-02758 JF (RS)<br><br>**DECLARATION OF SUSAN BOND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(2))**<br><br>Date:   January 8, 2010<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3, 5th Floor<br>Judge:  Hon. Jeremy Fogel<br><br>Action Filed:   July 22, 2009 |

I, Susan Bond, declare:

1.      I am submitting this declaration in support of the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. I have personal knowledge of all facts set forth in this declaration and, if called upon to testify as a witness, could and would competently testify thereto.

2.      I was served with the First Amended Complaint in this action in Oregon and have not consented to jurisdiction in California.

3.      I moved to Oregon in 2001. Before that time, I was a resident of Illinois.

///

1       4.      I have been an Oregon resident since October of 2001, and I am currently an Oregon resident. I work part time in Oregon as a design consultant. I have no plans to move out of Oregon.

        5.      I have never been a California resident. I have never lived in California, have never owned any property located in California, and have never worked or done business in California.

        6.      I have never sued anyone in California, and other than this lawsuit, have never been a party to any lawsuit in California.

        7.      I have only visited California while on vacation. The last time I was in California was during a vacation I took within the last year, when I traveled with my grandson to San Diego.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: November 3, 2009                    By      /s/ Susan Bond
                                                   Susan Bond